```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


LORI STIEBING NYE                        CIVIL ACTION

VERSUS                                   NO: 06-9634

ALLSTATE INSURANCE COMPANY,              SECTION: "J"(2)
ET AL.
```

**ORDER AND REASONS**

Before the Court is **Plaintiff's Motion to Remand (Rec. Doc. 7)**.  Allstate Insurance Company timely opposed this motion, which was set for hearing on January, 3 2007 on the briefs alone.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in <u>Chieh v. Colony Ins. Co.</u>, 2006 WL 3437502 (E.D. La. Nov. 27, 2006) in its discussion of improper joinder of J. Everett Eaves, Inc., and <u>Ron-Del Floor Service, Inc. v. St. Paul Travelers Ins. Co.</u>, 2006 WL 3437527 (E.D. La. Nov. 27, 2006) in its discussion of peremption, Plaintiff's motion to remand should be denied and the claims against Eddie J. Cochran should be dismissed.  Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion to Remand (Rec. Doc. 7)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Eddie J. Cochran are hereby **DISMISSED**.

1

New Orleans, Louisiana this 22nd day of January, 2007.

                                  CARL J. BARBIER
                                  UNITED STATES DISTRICT JUDGE