```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


LORI STIEBING NYE                           CIVIL ACTION

VERSUS                                      NO: 06-9634

ALLSTATE INSURANCE COMPANY,                 SECTION: "J"(2)
ET AL.
```

**ORDER AND REASONS**

Before the Court is the **Motion for New Trial (Rec. Doc. 24).** Defendants opposed this motion, which was set for hearing, without oral argument, on February 28, 2007. After reviewing the memoranda of counsel, the applicable law, and the Court's previous opinion, the Court hereby **DENIES** the motion for new trial and confirms its previous finding denying Plaintiff's motion to remand and dismissing the improperly joined Defendant, Eddie J. Cochran. Specifically, this Court concludes that Plaintiff's motion does not present any arguments that were not made by Plaintiff prior to judgment being rendered or that were not available to Plaintiff at the time judgment was rendered. Accordingly,

**IT IS ORDERED** that **Motion for New Trial (Rec. Doc. 24)** should be and is hereby **DENIED.**

New Orleans, Louisiana this 6th day of March, 2007.

                                      CARL J. BARBIER
                                      UNITED STATES DISTRICT JUDGE